

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-21-00215-CV

Johnny **VASQUEZ,**
Appellant

v.

Sonia **SOTELLO,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00358
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On August 4, 2021, because Appellant Johnny Vasquez, representing himself, failed to pay the filing fee and failed to respond to our order to pay the fee, we dismissed this appeal for want of prosecution. On August 18, 2021, pro bono counsel for Appellant filed a notice of appearance and a motion for rehearing. This court requested a response from Appellee by August 30, 2021, but to date, no response has been received.

The panel has considered Appellant's motion for rehearing; the motion is GRANTED. *See* TEX. R. APP. P. 49.3. We withdraw our opinion and judgment of August 4, 2021, and we reinstate the appellate timetable.

Appellant's filing fee and docketing statement are due within TEN DAYS of the date of this order. The clerk's record is due within THIRTY DAYS of the date of this order. *See id.* R. 38.6(a).

It is so **ORDERED** on this 8th day of September, 2021.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court

